UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELBERT DAWKINS *on behalf of himself and all others similarly situated*,

              Plaintiff,

v.

WINDOWRAMA ENTERPRISES, INC.,

              Defendant.
-----------------------------------------------------------X

Case No. 1:22-cv-5919

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ELBERT DAWKINS ("Plaintiff") and Defendant WINDOWRAMA ENTERPRISES, INC., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: New York, New York
            February 9, 2023

| **STEIN SAKS, PLLC** | **BBC LAW, LLP** |
|---|---|
| By: *[signature: Mark Rozenberg]* | By: *[signature: Anthony Nwaneri]* |
| Mark Rozenberg, Esq. | Anthony Nwaneri, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| One University Plaza, Suite 620 | 90 Broad Street, Suite 1906 |
| Hackensack, NJ 07601 | New York, NY 10004 |
| Tel. (201) 282-6500 ext. 119 | Tel. (347) 931-5049 |
| Email: mrozenberg@steinsakslegal.com | Email: anwaneri@bbclawfirm.com |